UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JESSE MWONGA, § <br> § <br>   *Plaintiff,* § <br> § <br> v. § <br> § <br> PORTFOLIO RECOVERY ASSOCIATES, § <br> LLC, § <br> § <br>   *Defendant.* § | Case No: 3:25-cv-00956 |

**DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S**
**<u>NOTICE OF REMOVAL</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant Portfolio Recovery Associates, LLC (improperly named as Portfolio Recovery) (herein "Defendant") and files its Notice of Removal as follows:

1. Plaintiff JESSE MWONGA ("Plaintiff") filed his state court petition on or around March 3, 2025, in the Justice of the Peace Court, Precinct 4, Place 1, Dallas County, Texas.

2. On April 4, 2025, Plaintiff filed his Amended Action, which, for the first time, asserted claims under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (the "FDCPA") and the Fair Credit Reporting Act, 15 U.S.C. § 1692 *et seq.* (the "FCRA").

3. This is a civil action based on Plaintiff's contention that Defendant violated FDCPA and FCRA.

4. Removal is proper because this case involves a federal question—alleged violations of the FDCPA and the FCRA.

5. Therefore, the entire suit is removable under 28 U.S.C. §1441(a).

6. Venue is proper in this district under 28 U.S.C. 1441(a) because the state court where the suit has been pending is located in this district.

7. Removal is timely pursuant to 28 U.S.C. § 1441(b) because Defendant has filed its Notice of Removal within 30 days of service of Plaintiff's amended state court Petition, which was the first instance in which Plaintiff asserted federal claims and thus this case became removable.. Defendant was served the amended petition less than thirty (30) days before the filing of this Notice of Removal, on April 4, 2025.

8. Pursuant to U.S.C. § 1441(a), a copy of all process, pleadings, documents, and orders in this case have been attached as **Exhibit A**.

9. A copy of this Notice of Removal has been sent to Plaintiff and will be filed with the Justice of the Peace Court, Precinct 4, Place 1, Dallas County, Texas.

10. Plaintiff did not request a jury trial in the state court matter.

WHEREFORE, Defendant respectfully requests that this Court assume full jurisdiction over the proceeding as provided by law.

Respectfully submitted,

**MARTIN GOLDEN LYONS WATTS MORGAN PLLC**

*/s/ Xerxes Martin*
EUGENE XERXES MARTIN, IV
Texas State Bar No. 24078928
Email: xmartin@mamlaw.com
JACOB MICHAEL BACH
Texas State Bar No. 24100919
Email: jbach@mamlaw.com
**MARTIN GOLDEN LYONS WATTS MORGAN PLLC**
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631

***COUNSEL FOR DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC***

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing document has been forwarded via **email, CMRRR, and/or CM/ECF** system to all parties entitled to notice of the same on this 16th day of April 2025.

                                              */s/ Xerxes Martin*
                                              EUGENE XERXES MARTIN, IV