# Exhibit A

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| JESSE MWONGA, | § | |
|---|---|---|
| *Plaintiff,* | § § § | |
| | § | Case No: 3:25-cv-00956 |
| v. | § § | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | § § § | |
| *Defendant.* | § § | |

## PLEADINGS INDEX

| November 26, 2024 | Plaintiff's Original Petition |
|---|---|
| December 03, 2024 | Citation |
| December 13, 2024 | Efile Citation issued by Certified Mail |
| December 13, 2024 | Answer |
| December 27, 2024 | Notice of Mediation |
| January 08, 2025 | Hearing Reset |
| April 02, 2025 | Notice of Hearing for Defendants Special Exceptions |
| April 04, 2025 | Amended Petition |
| April 07, 2025 | Mediation Hearing |
| April 07, 2025 | Exhibit Filed – Supreme Court Ruling |
| April 07, 2025 | Exhibit Filed – CFPB Order Against PRA |
| April 07, 2025 | Notice of Trial |
| April 07, 2025 | Notice of Appearance |
| August 01, 2025 | Bench Trial |

## Case Information

JPC-24-12630-41 | Mwonga, Jesse vs. Portfolio Recovery Associates, LLC

| | | |
|---|---|---|
| **Case Number** <br> JPC-24-12630-41 | **Court** <br> Justice of the Peace, 4-1 | **Judicial Officer** <br> JONES, MICHAEL, Jr |
| **File Date** <br> 11/26/2024 | **Case Type** <br> SMALL CLAIMS | **Case Status** <br> OPEN |

## Party

**PLAINTIFF**
Mwonga, Jesse

Active Attorneys ▼
 Pro Se

**DEFENDANT**
Portfolio Recovery Associates, LLC

Active Attorneys ▼
Lead Attorney
BACH, JACOB MICHAEL
Retained

Inactive Attorneys ▼
Attorney
MARTIN, EUGENE XERXES
Retained

Work Phone
214-346-2630

Fax Phone
214-346-2631

## Cause of Action

| File Date | Cause of Action | Type | Filed By | Filed Against |
|---|---|---|---|---|
| 12/03/2024 | CIVIL CAUSE OF ACTION | Action | | |

## Events and Hearings

### 11/26/2024 NEW CASE FILED

### 11/26/2024 PETITION

**Comment**
Small Claims Petition

### 11/26/2024 EXHIBIT FILED

**Comment**
Evidence of contact

### 12/03/2024 CITATION

**Requested By**
Mwonga, Jesse

**Served**
12/09/2024

**Anticipated Server**
CLERK OF THE COURT

**Anticipated Method**
CERTIFIED MAIL

**Actual Server**
CLERK OF THE COURT

**Returned**
12/13/2024

### 12/03/2024 EFILE CITATION ISSUED BY CERTIFIED MAIL - COURT CLERK

| | |
|---|---|
| Comment | TRK# 70210350000134086097 |
| 12/03/2024 PENDING SERVICE | |
| 12/03/2024 Cause Of Action ▼ | |

| Action | File Date |
|---|---|
| CIVIL CAUSE OF ACTION | 12/03/2024 |

**12/13/2024 ANSWER ▼**

Comment
COMPLETED 12.23.24

**12/13/2024 SERVICE RETURNED - SERVED**

**12/23/2024 ANSWER**

**12/27/2024 NOTICE OF MEDIATION ▼**

Comment
PTM SET FOR 04.07.25

**12/27/2024 EMAILED TO ALL PARTIES**

**01/08/2025 HEARING RESET ▼**

Comment
ON COURT'S OWN MOTION, TIME OF HEARING CHANGED FROM 8:45 AM T0 10:00AM //EMAILED NOTICE TO PARTIES.

**04/02/2025 NOTICE ▼**

Comment
NOTICE OF HEARING FOR DEFENDANTS SPECIAL EXCEPTIONS

**04/04/2025 AMENDED FILED ▼**

Comment
AMENDED PETITION

**04/07/2025 MEDIATION HEARING ▼**

Judicial Officer
JONES, MICHAEL, Jr

Hearing Time
10:00 AM

**04/07/2025 EXHIBIT FILED**

Comment
Supreme Court Ruling

**04/07/2025 EXHIBIT FILED**

Comment
CFPB Order Against PRA

**04/07/2025 FINDING - OTHER**

Comment
MEDIATION - DID NOT SETTLE

**04/07/2025 NOTICE OF TRIAL**

Comment
EMLD ALL PARTIES

**04/07/2025 NOTICE**

Comment
DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC NOTICE OF APPEARANCE

**08/01/2025 BENCH TRIAL**

Judicial Officer
JONES, MICHAEL, Jr

Hearing Time
9:00 AM

## Financial

Mwonga, Jesse

| | |
|---|---:|
| Total Financial Assessment | $72.91 |
| Total Payments and Credits | $72.91 |

| | | |
|---|---|---:|
| 12/3/2024 | Transaction Assessment | $72.91 |

| | | | |
|---|---|---|---|
| 12/3/2024 | EFILE PAYMENT | Receipt # 17708-2024-41    Mwonga, Jesse | ($51.91) |
| 12/3/2024 | STATE CREDIT | | ($21.00) |