Jesse Mwonga
1118 Cavalcade Drive
Grand Prairie, TX 75052
Email: jesmwong@yahoo.coM
469-235-8442

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| JESSE MWONGA,<br><br>    Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,,<br><br>    Defendant | Case No.: 3:25-cv-00956<br><br>FIRST AMENDED COMPLAINT<br><br>JURY TRIAL BY DEMAND |

## **FIRST AMENDED COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES Plaintiff, JESSE MWONGA ("Plaintiff"), pro se, and files this First Amended Complaint against PORTFOLIO RECOVERY ASSOCIATES, LLC ("Defendant"), and respectfully alleges as follows:

### **I. JURISDICTION AND VENUE**

1. Jurisdiction is proper under 28 U.S.C. § 1331 as this case arises under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq., the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq., and RICO, 18 U.S.C. § 1962 et seq.

FIRST AMENDED COMPLAINTJURY TRIAL BY DEMAND - 1

2. Venue is proper pursuant to 28 U.S.C. § 1391(b) as the events occurred in this District.

## II. PARTIES

3. Plaintiff Jesse Mwonga is a natural person residing at 1118 Cavalcade Dr., Grand Prairie, 75052.

4. Defendant Portfolio Recovery Associates, LLC is a Virginia limited liability company doing business in Texas.

## III. FACTUAL BACKGROUND

5. Defendant attempted to collect a debt allegedly originated by Capital One Bank (USA), N.A between June and November 2024.

6. Plaintiff disputed with an Affidavit of Truth and cease communication notice under 15 U.S.C. § 1692c(c).

7. Despite notice, Defendant continued communication and credit reporting to all major CRAs.

8. Capital One securitized its receivables. PRA never acquired legal title or servicing rights to Plaintiff's debt.

## IV. CLAIMS FOR RELIEF

### COUNT I – FDCPA Violations (15 U.S.C. §§ 1692c, 1692e, 1692f)

9. Defendant continued to contact Plaintiff after receiving a cease communication request in violation of 15 U.S.C. § 1692c(c).

FIRST AMENDED COMPLAINTJURY TRIAL BY DEMAND - 2

10. Defendant used misleading representations and unfair practices in violation of §§ 1692e and 1692f.

*See* McMillan v. Collection Prof'ls Inc., 455 F.3d 754 (7th Cir. 2006).

### COUNT II – FCRA Violations (15 U.S.C. § 1681s-2(b))

11. Defendant reported false information to credit bureaus without verifying accuracy after Plaintiff's dispute.

*See* Cushman v. Trans Union Corp., 115 F.3d 220 (3d Cir. 1997).

### COUNT III – Texas Finance Code Violations (§§ 392.202, 392.304)

12. Defendant failed to investigate Plaintiff's dispute and reported false information, violating §§ 392.202 and 392.304(a)(8).

### COUNT IV – Defamation and Invasion of Privacy

13. Defendant defamed Plaintiff by falsely reporting delinquent debt and disclosing private financial information to third parties with no lawful basis.

### COUNT V – Lack of Standing & Securitization-Based Fraud

14. Capital One securitizes its credit card receivables through "Capital One Master Trust" and "COMET."

15. Capital One Form 10-K (FY 2023, p. 85):

FIRST AMENDED COMPLAINTJURY TRIAL BY DEMAND - 3

*"We sell credit card receivables into securitization trusts... which are legally separate from Capital One."*

16. The alleged account, once securitized, was no longer owned by Capital One and could not be sold to PRA.

17. PRA has failed to produce:

   a. A Pooling & Servicing Agreement (PSA)

   b. Schedule A (loan-level data)

   c. Assignment documents

   d. GAAP accounting entries showing ownership

18. PRA's conduct violates 15 U.S.C. § 1681s-2, FDCPA § 1692e(2), and Texas Finance Code § 392.304(a)(19) and UCC §§ 3-301 & §§ 9-203.

## COUNT VI – RICO (18 U.S.C. §§ 1962(c), 1964(c))

19. Defendant participated in a scheme to defraud Plaintiff and the public by falsely representing ownership of debts that were securitized.

20. Predicated acts include:

- Wire fraud (18 U.S.C. § 1343): Using credit reporting and reporting false tradelines;
- Mail fraud (18 U.S.C. § 1341): Sending collection notices without lawful assignment and misuse of CRA's to collect phantom debt.

FIRST AMENDED COMPLAINTJURY TRIAL BY DEMAND - 4

21. Defendant engaged in a pattern of racketeering activity, and Plaintiff suffered financial and reputational injury as a result.

*See* Bridge v. Phoenix Bond & Indem. Co., 553 U.S. 639 (2008); United States v. Turkette, 452 U.S. 576 (1981).

## COUNT VII DECLARATORY JUDEGEMENT

22. Plaintiff seeks a declaration that PRA has no legal right to report or collect this debt.

## VIII. RELIEF REQUESTED

Plaintiff seeks:

- Statutory damages under FDCPA and FCRA in the amount of $2,000;
- Actual damages for credit harm, mental anguish, and economic loss. In the amount of $25,000.
- Punitive damages in the amount of $50,000.
- Injunctive relief prohibiting further collection/reporting;
- Declaratory relief establishing PRA's lack of standing;
- Treble damages under RICO;
- Attorneys' fees and costs;
- Any further relief the Court deems just.

FIRST AMENDED COMPLAINTJURY TRIAL BY DEMAND - 5

Respectfully submitted,
/s/ Jesse Mwonga
**Jesse Mwonga**
1118 Cavalcade Drive
Grand Prairie, TX 75052
Email: jesmwong@yahoo.com
469-235-8442
**Pro Se Plaintiff**

FIRST AMENDED COMPLAINTJURY TRIAL BY DEMAND  - 6